**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHNUCK MARKETS, INC., )<br>)<br>Defendant. ) | Case No. 4:13-CV-1574 NAB |

## ORDER

This matter is before the Court on Defendant Schnuck Markets, Inc.'s ("Schnucks") Consent Motion for Immediate Relief for Case to be Filed Under Seal Pursuant to Rules 83-13.05 and 5-2.17.  Schnucks requests immediate relief that all pleadings and filings in this action be filed under seal and removed from access to the general public via PACER or the court's paper file room.  Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual") has no objection to the Complaint and its exhibits being filed under seal.

Pursuant to Local Rule 13.05 and for good cause shown, the Court will order the Clerk of Court to maintain the Complaint and its attached exhibits under seal.  The Court will order Liberty Mutual to file a redacted complaint and attached exhibits that comply with Local Rules 2.17 and 13.05 within ten (10) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Consent Motion for Immediate Relief for Case to be Filed Under Seal Pursuant to Rules 83-13.05 and 5-2.17 is **GRANTED in part and**

**DENIED in part**.  [Doc. 5] The Clerk of Court shall maintain the Complaint and all attached exhibits under seal.  [Doc. 1]

  **IT IS FURTHER ORDERED** that Plaintiff shall file a redacted Complaint and attached exhibits that comply with Local Rules 2.17 and 13.05 within ten (10) days of the date of this order.  [Doc. 1]

 Dated this 16th day of August, 2013.

                /s/ Nannette A. Baker
              NANNETTE A. BAKER
              UNITED STATES MAGISTRATE JUDGE