UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Liberty Mutual Insurance Company, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 4:13-CV-01574-NAB |
| | ) | |
| Schnuck Markets, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT MEMORANDUM FOR ADDITIONAL TIME TO PLEAD

COMES NOW Plaintiff, Liberty Mutual Insurance, and with Defendant's consent, Schnuck Markets, Inc., is hereby granted an additional thirty (30) days up to and including September 27, 2013 to file their answer or other response to the complaint.

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

*/s/ Matthew S. Hendricks*
Matthew S. Hendricks, #6230980
1010 Market Street, Suite 950
St. Louis, Missouri 63101
(314) 231-2925
(314) 231-4857/Facsimile
hendricks@bscr-law.com

*Attorney for Plaintiffs*
*Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing has been sent via U.S. mail postage prepaid on this **21st** day of August, 2013, to the following:

HEPLER BROOM, LLC
Gerard T. Noce
Michael L. Young
211 North Broadway, Suite 2700
St. Louis, MO 63102

Attorneys for Defendants
Schnuck Markets, Inc.

/s/ Matthew S. Hendricks